**E-filed:** **6/8/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CARMELO TORRE | No. C-09-01317 RMW |
| Plaintiff, | JUDGMENT |
| v. | |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

On June 3, 2010, the court entered an order dismissing Torre's complaint for lack of subject matter jurisdiction. Therefore,

Judgment is hereby entered in favor of defendant, and plaintiff is not entitled to any relief by way of his complaint.

DATED:  6/3/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
C-09-01317 RMW

1  **Notice of this document was mailed to:**

2  **Plaintiff:**

3  Robert Carmelo Torre
   POB 307
4  Santa Cruz, CA 95061

7  **Dated:**   6/8/10                              TER
                                         **Chambers of Judge Whyte**